UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

          Plaintiff,

    v.

KING COUNTY CORRECTIONAL FACILITY JAIL HEALTH SERVICES, *et al.*,

          Defendants.

Case No. C22-499-JCC

ORDER

This matter comes before the Court on the report and recommendation of The Honorable Kate S. Vaughan, United States Magistrate Judge. (Dkt. No. 12.) Having reviewed both the report and recommendation and the relevant record, the Court ORDERS as follows:

1. The Court ADOPTS the report and recommendation (Dkt. No. 12);

2. The Court DISMISSES Plaintiff's amended civil rights complaint (Dkt. No. 8) without prejudice;

3. The Court DENIES as moot Plaintiff's motion to appoint counsel (Dkt. No. 11); and

4. The Court DIRECTS the Clerk to send copies of this order to Plaintiff and Judge Vaughan.

//

//

DATED this 5th day of August 2022.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE